```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :
UNITED STATES OF AMERICA                              :
                                                      :
           - v. -                                     :    24 Cr. 204 (GBD)
                                                      :
CAROLYN SCOTT,                                        :
                                                      :
                      Defendant.                      :
                                                      :
------------------------------------------------------x
```

## DECLARATION OF KAREN SMITH

I hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. My name is Karen Smith. I am currently a Special Investigator with the New York City Department of Investigation's ("DOI") Office of the Inspector General for the New York City Housing Authority ("NYCHA"). I have been with DOI since January 2023.

2. As a Special Investigator with DOI, I personally participated in the investigation of bribery and extortion offenses at NYCHA (the "Investigation") conducted by DOI, the U.S. Attorney's Office for the Southern District of New York, the U.S. Department of Housing and Urban Development–Office of Inspector General ("HUD–OIG"), the U.S. Department of Labor–Office of Inspector General, and Homeland Security Investigations ("HSI"). The Investigation resulted in the arrests and charges of 70 NYCHA employees, including the defendant, Carolyn Scott.

### The Photobook

3. My work on the Investigation included compiling a collection of photographs to review with potential witnesses (the "Photobook"). The Photobook began as a single binder of photographs, and ultimately came to consist of three binders totaling approximately 250

photographs. Members of the investigative team generally referred to this photo collection as the "Photobook," even after it expanded to consist of multiple binders. Earlier iterations of the Photobook had fewer pages and photographs, as discussed in more detail below. To the best of my recollection, the initial single-binder Photobook was first compiled in or around the spring of 2023. The most recent iteration of the Photobook spans three binders and its pages range from 1 to 271. A scanned image of this most recent iteration of the Photobook is attached to this declaration as Smith Exhibit A.

4. The Photobook included photographs of current and former NYCHA employees as well as ultimately approximately 40 "filler" photographs. The "filler" photographs depicted both NYCHA employees and people who were not NYCHA employees. The photographs of NYCHA employees were almost always obtained from NYCHA, with the exception of certain photographs of NYCHA employees that were obtained from the New York State Department of Motor Vehicles ("DMV") because the person's photograph in NYCHA's database was of undesirably low quality. The "filler" photographs were obtained from the DMV and other public records.

5. The Photobook was organized so that each page was uniquely numbered in its top right corner, with each page including one or more photographs of a single person. We sometimes included more than one photograph of the same person on one page, generally because one of the photographs was very old and/or of lower quality than a later-obtained photograph. In some of these instances, we included additional photographs of the same person because those photographs showed the same person at noticeably different ages, or with noticeably different features (for example, long hair and short hair, or with and without eyeglasses). None of the Photobook's pages included any visible identifying information about any of the people depicted in the photographs. Some of the pages marked 1 through 223 and the page marked 226 originally had the names of the

people depicted in the photographs on those pages, but that identifying information was covered up entirely by post-it notes that remained on those Photobook pages for the duration of their use with witnesses during the course of the Investigation. The post-it notes were placed on every page in that range of pages, to avoid any appearance that the post-it note signified anything about any particular person depicted.

6. As the Investigation progressed, I and other members of the investigative team added, removed, and relocated certain photographs in the Photobook, and we documented these removals, additions, and relocations in indexes that we updated over time (the "Photobook Indexes"). Certain photographs were removed after we realized that they were duplicates of other photographs in the Photobook. At other times, we consolidated on a single page multiple photographs of a single person that had been on different pages, because the original photograph was of a lesser quality and/or showed the same person with a significantly different appearance than the other photographs. As the Investigation progressed, we also added photographs of additional people whom witnesses had identified by name as potential bribe-takers. We also added approximately 40 "filler" photographs of people who had not been identified as potential bribe-takers. These "filler" photographs included both people who worked for NYCHA and others who did not. The page numbers in the Photobook did not change when photographs were removed, relocated, or added. For example, when we removed the page numbered 120 because its photograph was determined to be a duplicate of the photograph on the page numbered 6, that section of the Photobook went from a page numbered 119 to a page numbered 121 and was not reordered or renumbered.

7. A photograph of the defendant in this case, Carolyn Scott, is included on the page in the Photobook that is marked "152" in its top right corner (the "Scott Page"). The Scott Page

is currently in the second of the three binders comprising the Photobook. It is possible that at earlier points in the investigation, the Scott Page would have been in the first binder, before the second binder was created. Over the course of the Investigation, we added binders to accommodate the growing number of photographs in the Photobook.

8. A review of the Photobook Index indicates that, of the Photobook pages 1 through 152 (that is, the Scott Page), 11 pages before the Scott Page were removed on July 26 and November 1, 2023, because they contained duplicates of photographs on other pages, and one photograph on a page other than the Scott Page was consolidated with other photographs of the same person on a different page on December 6, 2023. Eight of the photographs between Photobook page marked 1 through the Scott Page marked 152 were "filler" photographs that depicted people who were not NYCHA employees. Of the persons depicted on Photobook page marked 1 through the Scott Page marked 152, approximately 42 appear to be female and the other approximately 110 appear to be male.

9. From my review of memoranda of interviews ("MOI") prepared by other law enforcement agents in this Investigation, I understand that witnesses named ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ identified the person depicted on the Scott Page during witness meetings that were held on July 26, November 6, and November 29, 2023, respectively. (These MOIs are attached as exhibits to the declarations of the law enforcement agents who authored the MOI.)

10. The MOI for the above-referenced ▮▮▮▮▮ meeting on July 26, 2023, indicates that the witness was shown a Photobook that ended with a page marked 160. The Photobook Index indicates that the second binder of the Photobook—"Photobook 2"—ultimately included pages numbered up to 169, and that the pages marked 161 through 169 were, with one exception, filler photographs. I do not recall the exact date that this series of filler photographs from 161–65 and

4

167–69 were added to the Photobook, but the Photobook Index indicates that, as of July 31, 2023, the Photobook's last page was marked 160, and that the pages ranging from 161 to 169 were added sometime after that date and one or before September 19, 2023. (*Compare* Smith Ex. B, USAO_0040655, "2023.07.31 Bribery Case Photo Book Index" *with* Smith Ex. C, USAO_0040656, "2023.09.19 Bribery Case Photo Book Index").

11. The MOI for the above-referenced ▇▇▇ meeting on November 6, 2023 (the "▇▇▇ MOI"), is not clear about the range of photographs in the Photobook that was shown to the witness at this meeting. It indicates that the use of the Photobook was discontinued at some point in that meeting after ▇▇ described the person depicted at the page marked 152. The Photobook Index indicates that the Photobook was amended most recently before this November 6, 2023 meeting on November 6, 2023, at which point its last page was marked 211. (*See* Smith Ex. D, USAO_0040658, "2023.11.21 Bribery Case Photo Book Index 1.9," at rows 225–26).

12. The MOI for the above-referenced ▮▮▮▮ meeting on November 29, 2023 (the "▮▮▮▮ MOI"), is not clear about the range of photographs in the Photobook that was shown to the witness at this meeting. The ▮▮▮▮ MOI states that it only notes the pages for which the witness indicated he recognized and had paid the person depicted, and the highest-numbered such page was 198. The Photobook Index indicates that the Photobook was amended most recently before this November 29, 2023 meeting on November 21, 2023, at which point its last page was marked 223. (*See* Smith Ex. D at rows 246–48).

Executed this 25th day of August, 2025.

*Karen Smith*
_____
Karen Smith
Special Investigator
New York City Department of Investigation